UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:. 1:24-cv-22620-BB

ADVANTAGE CAPITAL HOLDINGS,
LLC., and KENNETH KING,

   Plaintiffs,

-v-

JORGE BERUFF,

   Defendant.
_____/

## JOINT STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, Advantage Capital Holdings, LLC, and Kenneth King ("Plaintiffs"), and Defendant, Jorge Beruff ("Defendant) (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed their Complaint for Declaratory Judgment in this action on July 10, 2024 seeking an order that: (1) Plaintiffs did not agree to arbitrate claims with Defendant; and (2) that Plaintiffs cannot be forced to arbitrate any claims with Defendant.

**WHEREAS**, Defendant voluntarily waived service of the Complaint, and the Answer to the Complaint is due on September 9, 2024;

**WHEREAS**, Defendant voluntarily dismissed his claims in arbitration against Plaintiffs on July 22, 2024;

**WHEREAS**, Defendant acknowledges and agrees (1) that Plaintiffs are not parties to the arbitration agreements at issue in the underlying arbitration; and (2) Plaintiffs cannot be forced to arbitrate any claims with Defendant;

**WHEREAS**, given Defendant's dismissal of Plaintiffs from the underlying arbitrations and Defendant's acknowledgement of Plaintiffs non-agreement to arbitration, Plaintiffs have

agreed to voluntarily dismiss the Complaint with prejudice with each party bearing their own costs of litigation.

**WHEREFORE**, the Parties respectfully request that this Honorable Court enter an Order of Dismissal with Prejudice in accordance with this Joint Stipulation.

Dated: August 23, 2024                              Respectfully submitted,

                                                                 /s/ Jordan S. Cohen
Jordan S. Cohen, Esq
Florida Bar No. 551872
Jcohen@wickersmith.com
Robert E. Paradela, Jr., Esq
Florida Bar No. 1035485
reparadela@wickersmith.com
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
515 E. Las Olas Boulevard Truist Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353Fort Myers, FL 33905
(239) 933-1838

*Attorneys for Advantage Capital Holdings, Inc. and Kenneth King*


/s/ Tulio D. Chirinos
Tulio D. Chirinos, Esq.
Florida Bar No. 1022468
**Chirinos Law Firm PLLC**
370 Camino Gardens Blvd., Suite 106
Boca Raton, FL 33432
Tel.: (561) 299-6334
tchirinos@chirinoslawfirm.com

*Attorney for Jorge Beruff*